UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mario Geovanny Malan Pesantez**
    Petitioner

CIVIL ACTION

V.

NO. **1:26-cv-10106-RGS**

**Noem et al**
    Respondents

### ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court Order entered on February 2, 2026 [Doc. No. 9], it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

2/2/2026
Date

/s/ Jacqueline Martin
Deputy Clerk